IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 17-932-TUC-JAS (DTF) |
| Plaintiff, | **ORDER** |
| vs. | |
| Douglas E. Annino, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Ferraro that recommends denying Defendant's motion to dismiss the indictment (Doc. 23). A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Ferraro's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Ferraro's Report and Recommendation (Doc. 41) is accepted and adopted.

***

(2) The motion to dismiss the indictment (Doc. 23) is denied.

DATED this 20th day of June, 2018.

James A. Soto
United States District Judge