# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**United States of America**

v.

**Douglas E. Annino**

*PETTY*
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. CR-17-00932-001-TUC-DTF**

Joy Malby Bertrand (Retained)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** guilty on 12/3/2018 to the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §2 and Title 8, U.S.C 1325(a) Aiding and Abetting Improper Entry by an Alien, a Class B Petty offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT NO JAIL TIME IS IMPOSED.**

**IT IS ORDERED** that the Indictment is dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $10.00     **FINE:** $150.00     **RESTITUTION:** N/A

The defendant shall pay a special assessment of $10.00 which shall be due immediately.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program.  Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for the Information.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision.  Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

Case 4:17-cr-00932-DTF   Document 65   Filed 12/04/18   Page 2 of 2

CR-17-00932-001-TUC-DTF                                                          Page 2 of 2
USA vs. Douglas E. Annino

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Monday, December 03, 2018**


Dated this 3rd day of December, 2018.

Honorable D. Thomas Ferraro
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                             By:        Deputy Marshal

CR-17-00932-001-TUC-DTF- Annino       12/3/2018 - 2:46 PM